IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Boykin, Stephanie D | Case Number: 05 B 12612 |
| | Judge: Squires, John H |
| Printed: 03/24/09 | Filed: 4/5/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: March 6, 2009
Confirmed: May 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 51,750.10 | |
| Secured: | | 36,517.53 |
| Unsecured: | | 9,750.80 |
| Priority: | | 0.00 |
| Administrative: | | 2,699.00 |
| Trustee Fee: | | 2,525.16 |
| Other Funds: | | 257.61 |
| Totals: | 51,750.10 | 51,750.10 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,699.00 | 2,699.00 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 26,506.72 | 26,506.72 |
| 4. | Ford Motor Credit Corporation | Secured | 10,300.00 | 6,310.39 |
| 5. | Saxon Mortgage Services Inc | Secured | 8,140.97 | 3,700.42 |
| 6. | Peoples Energy Corp | Unsecured | 1,308.05 | 0.00 |
| 7. | Ford Motor Credit Corporation | Unsecured | 820.16 | 0.00 |
| 8. | Sir Finance Corporation | Unsecured | 909.93 | 909.93 |
| 9. | Asset Acceptance | Unsecured | 174.99 | 174.99 |
| 10. | American General Finance | Unsecured | 7,645.22 | 7,645.22 |
| 11. | Asset Acceptance | Unsecured | 1,020.66 | 1,020.66 |
| 12. | Illinois Student Assistance Commission | Unsecured | 76,446.77 | 0.00 |
| 13. | Wide Open West | Unsecured | | No Claim Filed |
| 14. | United Credit Natl Bank | Unsecured | | No Claim Filed |
| 15. | Wells Fargo Bank | Unsecured | | No Claim Filed |
| | | | $ 135,972.47 | $ 48,967.33 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 253.25 |
| 5.5% | 675.40 |
| 5% | 202.00 |
| 4.8% | 492.48 |
| 5.4% | 832.72 |
| 6.6% | 69.31 |
| | $ 2,525.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Boykin, Stephanie D | Case Number:  05 B 12612 |
| | Judge:  Squires, John H |
| Printed: 03/24/09 | Filed:  4/5/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*